IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHERYL M. HACKENBURG                                                                                       PLAINTIFF

    v.                              CIVIL NO. 20-6087

ANDREW M. SAUL, Commissioner
Social Security Administration                                                                              DEFENDANT

## J U D G M E N T

    For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

    IT IS SO ORDERED AND ADJUDGED this 11th day of March 2021.


                                                     /s/   *Erin L. Wiedemann*
                                                     HON. ERIN L. WIEDEMANN
                                                     UNITED STATES MAGISTRATE JUDGE